Colisimo *v.* Gialiano, Appellant.

Argued June 16, 1971. *William Porter,* with him *Pepper & Porter,* for appellant; *Frederic B. Skaroff,* with him *Skaroff and Skaroff,* for appellee.

Order affirmed.

SPAULDING, J., absent.